UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

          -v-

JAMES BAZEMORE,

                          Defendant.
------------------------------------------------------------ X

ORDER

20-CR-573 (ER)

Ramos, D.J.:

      The telephone conference previously scheduled for November 19, 2020, is hereby rescheduled to **December 1, 2020 at 12:00 p.m.**

      Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

      SO ORDERED.

Dated: November 20, 2020
       New York, New York

                                               Edgardo Ramos
                                     United States District Judge