```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,            :
                                     :         ORDER
            -v-                      :
                                     :         20-CR-573 (ER)
JAMES BAZEMORE,                      :
                                     :
                Defendant.           :
------------------------------------------------------------ X
```

Ramos, D.J.:

The telephone conference previously scheduled for 12:00 p.m. on December 1, 2020, is hereby rescheduled for **2:00 p.m. on December 1, 2020.**

Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

SO ORDERED.

Dated: November 25, 2020
       New York, New York

                                          Edgardo Ramos
                                          United States District Judge