

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

May 5, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

A telephonic conference will be held on **May 28, 2021** at 2:30 p.m. The parties are directed to call (877) 411-9748 at that time and enter the access code 3029857, followed by the pound (#) sign when prompted.

It is SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 05/05/2021
New York, New York

Re: *United States v. James Bazemore,* 20 Cr. 573 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter with the consent of Matthew Myers, Esq., counsel to defendant James Bazemore, to request that the Court schedule a status conference in this case for on or about May 28, 2021. At present, there is no upcoming conference scheduled, and the parties believe a status conference should take place to schedule the next steps in this case following the Court's denial of the defendant's suppression motion.

Since the Court's denial of the defendant's suppression motion, the parties have resumed discussions concerning a potential resolution of this case without a trial. In light of the parties' discussions concerning a resolution of this case prior to trial, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477

cc: Matthew Myers, Esq. (by ECF and email)