# MEMO ENDORSED 

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF:
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York 10007

May 26, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED:  7/1/2021
```

US v. Bazemore S1 20 Cr 573 (ER)

Your Honor,

We submit this letter in connection with the upcoming telephone conference slated for May 28, 2021 at 2:30 p.m. A recent important piece of discovery has been delivered to defense counsel which I need to review with Mr. Bazemore. We ask that the conference be postponed for a very short period of time until such review with Mr. Bazemore has occurred. The parties cannot provide the Court with a proper update until such review has occurred. The parties will communicate with the Court in the upcoming weeks to advise as to whether we have reached a resolution in this matter.

Respectfully Submitted,
/s/Matthew D. Myers

**Defense Counsel for Mr. Bazemore**

---

A telephone conference is scheduled for July 15, 2021, at 10:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:   7/1/2021
New York, New York

N • Y • C