UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

JAMES BAZEMORE,

                             Defendant.
-----------------------------------------------------------X

ORDER

20 Cr. 0573 (ER)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 7/13/2021

Ramos, D.J.:

The telephone conference previously scheduled for July 15, 2021, is hereby rescheduled for **July 28, 2021 at 3:30 p.m.**

Counsel and defendants are instructed to call **(877) 411-9748** and enter access code **3029857#** when prompted. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

The time between July 15, 2021, and July 28, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) upon consent of the parties. The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

It is SO ORDERED.

Dated: July 13, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.