**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  _7/28/2021_

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2021

**BY ECF & EMAIL**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The July 28, 2021 telephone conference is adjourned to August 12, 2021 at 10:30 a.m.  The parties are directed to call (877) 411-9748 and enter access code 3029857# when prompted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated:  _7/28/2021_
> New York, New York

Re:     ***United States*** v. ***James Bazemore***
          **20 Cr. 573 (ER)**

## MEMO ENDORSED

Dear Judge Ramos:

    The Government and the defense write jointly to seek a short adjournment of today's status conference in this matter until August 10-12, 2021, if the Court is available on those dates. The parties also wish to apprise the Court that resolution of this matter pretrial is unlikely, so the parties will seek a trial schedule at the rescheduled conference.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney

            By: _____
                    Benjamin A. Gianforti
                    Assistant United States Attorney
                    (646) 856-5190

Cc: Matthew Myers, Esq., counsel for the defendant (by ECF & e-mail)