```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 6/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

–v–

JAMES BAZEMORE,

Defendants.

**ORDER**

20-cr-573 (ER)

Ramos, D.J.:

The jury trial previously scheduled to begin on July 11, 2022, is hereby rescheduled for July 12, 2022 at 9:30 a.m.  The pretrial schedule including the final pretrial conference remains unchanged.  See doc. 35.

It is SO ORDERED.

Dated:  June 2, 2022
         New York, New York

_____
Edgardo Ramos, U.S.D.J.