Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

# MEMO ENDORSED

**BYECF**　　　　　　　　　　　　　　　　　　　　　　　　February 20, 2023

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York 10007

　　　　　　　　　　　　　　　　US v. Bazemore
　　　　　　　　　　　　　　　　20 CR 573 (ER)

Your Honor:

　　As the Court is well aware the above referenced defendant has another matter in SDNY before Judge Roman in White Plains, 22 CR 234 (NSR) for RICO conspiracy where the central allegation includes a murder charge. Mr. Bazemore faces life imprisonment under that indictment.

　　At a recent conference on February 13, 2023 I was relieved as counsel for Mr. Bazemore as we have irreconcilable differences that created a conflict in my strenuous attempts to continue to represent Mr. Bazemore. In light of the above, that conflict carries over to the mater before Your Honor where I am asking to be relieved.

　　The matter before Your Honor is not calendared until May 10, 2023. Obviously, the newly appointed attorney should be given the discovery and other documents long before that date. Unfortunately, because of the various cooperators associated with the indictments there are many attorneys "conflicted out" of this matter. Presently, no attorney has been assigned to 22 CR 234 (NSR). It would appear to make sense for purposes of continuity that the attorney eventually assigned to 22 CR 234 (NSR) also be assigned to the matter before Your Honor 20 CR 573.

　　I am out of the country from February 23, 2023 until March 1, 2023. Additionally, I am in Washington, DC on a federal matter from March 2, 2023 thru March 3, 2023 so I will not be able to appear in person to be officially relieved. I can appear virtually during the time periods above if that is acceptable to the Court.

　　　　　　　　　　　　　　　　　　　　　　　**Respectfully Submitted,**

　　　　　　　　　　　　　　　　　　　　　　　**ls/Matthew D. Myers**

　　　　　　　　　　　　　　　　　　　　　　　**Defense Counsel for Mr. Bazemore**

---

CJA counsel Matthew Myers is ordered substituted and the representation of Mr. Bazemore is assigned to Sean Maher. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 2/28/2023
New York, New York