

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2023

**BY ECF**

> The status conference is adjourned to September 14, 2023 at 11:30 a.m. Speedy trial time is excluded from May 10, 2023 until September 14, 2023, in the interest of justice.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 5/8/2023
> New York, New York

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. James Bazemore,* 20 Cr. 573 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter with the consent of Sean Maher, Esq., counsel to defendant James Bazemore, to request an adjournment of the upcoming status conference in the above-referenced case, currently scheduled for May 10, 2023.

The parties have been in discussions regarding a resolution concerning this case and the homicide and racketeering charges filed against the defendant in *United States v. James Bazemore*, 22 Cr. 234 (NSR), which has a current trial date of November 2, 2023. In light of these discussions, the parties jointly request that the Court adjourn the upcoming conference for approximately 120 days. Additionally, in light of the parties' discussions concerning a resolution of this case prior to trial, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ____/s_____
Christopher D. Brumwell
Benjamin A. Gianforti
Assistant United States Attorney
212-637-2477 / -2409

cc: Sean Maher, Esq. (by ECF and email)